UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        PLAINTIFF,            CASE NO.   05-80338

v.            HONORABLE ARTHUR J. TARNOW
          UNITED STATES DISTRICT JUDGE

MONASSER MOSAD OMIAN,

          MAGISTRATE JUDGE
        DEFENDANT.            MONA K. MAJZOUB
        /

**ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION [D/E # 111], GRANTING DEFENDANT'S MOTION FOR RETURN OF PROPERTY [D/E # 88]**

The Court having reviewed the Magistrate Judge's Report and Recommendation filed October 11, 2006, as well as the parties' briefs, and having received no objections from either side,

**IT IS HEREBY ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court.

As a result, the Defendant's Motion for Return of Property is **GRANTED**. If the Government has not yet turned over the third party travel documents as identified in the Magistrate's Report and Recommendation, the Government must do so immediately. In addition, the Government must also immediately turn over the documents pertaining to property at 2744-2746 Salina and 2781 Akron.